# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

**Case Nos.** 11-1020, 11-1021, 11-1022, 11-1023, 11-1025, 11-1026, 11-1046, 11-1047, 11-1048, 11-1049, 11-1050, 11-1051, 11-1052, 11-1053, 11-1054, 11-1055, 11-1056, 11-1057, 11-1058, 11-1128, 11-1129, 11-1130, 11-1131, 11-1132, 11-1133, 11-1134, 11-1135, 11-1136, 11-1137, 11-1138, 11-1139, 11-1140, 11-1141, 11-1142, 11-1143, 11-1144, 11-1378, 11-1379, 11-1561, 11-1562

| | |
|---|---|
| In Re: | On Appeal from the United States District |
|    FEDEX GROUND PACKAGESYSTEM, | Court for the Northern District of Indiana, |
|    INC. EMPLOYMENT PRACTICES | South Bend Division. |
|    LITIGATION, | |
| | No. 3:05-MD-527-RLM-CAN |
| EARNEST WHITE, et al., | |
|    Plaintiffs-Appellants/Cross-Appellees, | Robert L. Miller, Jr., Judge |
| | |
|        v. | |
| | |
| FEDEX GROUND PACKAGE SYSTEM, | |
| INC. | |
|    Defendant-Appellee/Cross-Appellant. | |

## AGREED MOTION FOR LIMITED REMAND
## TO ALLOW DISTRICT COURT TO ENTER INDICATIVE RULINGS

Plaintiffs and Defendant FedEx Ground Package System, Inc. ("FedEx"), jointly move pursuant to Federal Rule of Appellate Procedure 12.1 for an order remanding these cases to the United States District Court for the Northern District of Indiana for the limited purpose of that court entering rulings that would finally approve each of the proposed class settlements in the above referenced cases as fair and reasonable and in the best interests of the class. In support of their motion, the parties state:

These cases currently are on appeal from the ruling of the district court granting FedEx's motions for summary judgment.

Since the ruling by the Kansas Supreme Court answering this Court's certified question, and this Court's subsequent opinion adopting the Kansas Supreme Court's answer to the certified question, the parties have settled all certified cases involved in this appeal.

However, the district court lacks jurisdiction to enter orders finally approving the class action settlement agreements, and other activities related to the final approval process.

Accordingly, the parties moved pursuant to Federal Rule of Civil Procedure 62.1 for indicative rulings by the district court as to the final approval of the proposed class settlement agreements.  These motions have been granted by the Court in orders entered on March 15 and 16 (*See In Re FedEx Ground Package System, Inc. Employment Practices Litigation*, USDC Northern District Indiana, Case No. 05-md-527 RLM-CAN at Doc. Nos. 3037 through 3055).

Rule 62.1 and Rule 12.1 provide the appropriate vehicle for perfecting this Court's jurisdiction and facilitating settlement approval proceedings.  Federal Rule of Civil Procedure 62.1 provides that "[i]f a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may: ... state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue."  The corresponding Federal Rule of Appellate Procedure 12.1 states that "[i]f the district court states that it would grant the motion or that the motion raises a substantial issue, the court of appeals may remand for further proceedings but retains jurisdiction unless it expressly dismisses the appeal."

Following this process, in which the district court has now entered indicative rulings finally approving the proposed class action settlements, the parties now ask this Court, pursuant to pursuant to Federal Rule of Appellate Procedure 12.1, for an order remanding these cases to

the United States District Court for the Northern District of Indiana for the limited purpose of that court entering final approval orders, while otherwise retaining jurisdiction in this Court.

WHEREFORE, the parties pray that this Court grant their motion, order that these consolidated appeals be remanded to the United States District Court for the Northern District of Indiana for the limited purpose of that court entering rulings finally approving class settlements, otherwise retaining jurisdiction over these appeals, and granting such other and further relief as this Court deems just.

Respectfully submitted,

Dated: March 16, 2017                    By:_____*/s/ Beth A. Ross*_____

Beth A. Ross (Counsel of Record for Plaintiffs/ Appellants/ Cross-Appellees)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2017, I electronically filed the foregoing AGREED MOTION FOR LIMITED REMAND TO ALLOW DISTRICT COURT TO ENTER INDICATIVE RULINGS was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

*/s/ Beth A. Ross*