# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: LIMITED REMAND

March 22, 2017

```
Nos. 11-1020, 11-1021, 11-1022, 11-1023, 11-1025, 11-1026,
11-1046, 11-1047, 11-1048, 11-1049, 11-1050, 11-1051, 11-1052,
11-1053, 11-1054, 11-1055, 11-1056, 11-1057, 11-1058, 11-1128,
11-1129, 11-1130, 11-1131, 11-1132, 11-1133, 11-1134, 11-1135,
11-1136, 11-1137,11-1138, 11-1139, 11-1140, 11-1141, 11-1142,
11-1143, 11-1144, 11-1378, 11-1379, 11-1561,11-1562
```

```
In Re:                           ] Appeals from the United
FEDEX GROUND PACKAGE SYSTEM, INC. ] States District Court for
EMPLOYMENT PRACTICES LITIGATION,  ] the Northern District of
                                  ] Indiana, South Bend Division.
CARLENE M. CRAIG, et al.,         ]
     Plaintiffs-Appellants,       ] No. 3:05-md-00527-RLM-CAN
     Cross-Appellees,             ]
                                  ] Robert L. Miller, Jr., Judge.
          v.                      ]
                                  ]
FedEx GROUND PACKAGE SYSTEM, INC.,]
     Defendant-Appellee,          ]
     Cross-Appellant.             ]
```

Upon consideration of the **AGREED MOTION FOR LIMITED REMAND TO ALLOW DISTRICT COURT TO ENTER INDICATIVE RULINGS**, filed on March 16, 2017, by counsel for the parties,

**IT IS ORDERED** that the parties' agreed motion for a limited remand pursuant to Federal Rule of Appellate Procedure 12.1 is **GRANTED.** In light of the district court's statement that it is inclined to enter final approval of the proposed class settlement, these appeals are **REMANDED** to the district court for proceedings consistent with the district court's orders of March 15 and 16, 2017. The parties shall file a status report with this court by May 22, 2017, or within seven days of an order by the district court resolving proceedings in the limited remand.